IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RONALD J. HAMILTON,**                                                        **PLAINTIFF**
**ADC #133523**

**V.**            **CASE NO. 5:19-CV-100-JM-BD**

**JAMES DYCUS,** *et al*.                                                           **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Beth Deere to dismiss claims against Defendant Mitrya James, without prejudice. After a careful review of the findings and recommendation, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Mr. Hamilton's claims against Defendant James are DISMISSED, without prejudice, based on his failure to timely serve this Defendant. The Clerk is instructed to terminate Mitrya James as a party Defendant.

IT IS SO ORDERED, this 17th day of March, 2020.

                                                                             _____
                                                                            UNITED STATES DISTRICT JUDGE