IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD J. HAMILTON,
ADC # 133523                                                                                                PLAINTIFF

v.                                                    No. 5:19-cv-100

JAMES DYCUS, *et al.*                                                                              DEFENDANT

## ORDER

On Plaintiff's motion, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE